IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV145-MU

| | |
|---|---|
| BACE INTERNATIONAL, INC., STAFFAMERICA, INC., and WILLIAM L. BAUMGARDNER, JR., )<br><br>Plaintiff, )<br><br>vs. )<br><br>BRENTWOOD CAPITAL CORPORATION, CERTIFIED SERVICES, INC., THE CURA GROUP, INC., THE CURA GROUP II, INC., THE CURA GROUP III, INC., LEVY BOONSHOFT & SPINELLI, P.C., MIDWEST MERGER MANAGEMENT, LLC, DANNY L. PIXLER, W. ANTHONY HUFF, O. RAY MCCARTHA and IVAN DOBRIN, )<br><br>Defendants. ) | ORDER |

This matter is before the court upon its own motion. On March 29, 2007, the court entered an Order directing the Plaintiffs to show cause within fourteen days why this case should not be dismissed for failure to prosecute their claims. None of the Plaintiffs have filed a response.

IT IS THEREFORE ORDERED that this matter is hereby DISMISSED.

Signed: April 18, 2007

Graham C. Mullen
United States District Judge